PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Tracy Clark                                     Docket No. 7:24-CR-78-1M

### Petition for Action on Conditions of Pretrial Release

COMES NOW Henry Ponton, Senior U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Tracy Clark, who was placed under pretrial release supervision by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the Court at Wilmington, on the 25th day of February, 2025.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 25, 2025, the defendant was released on pretrial conditions to include home incarceration with radio frequency monitoring. His conditions specified he would also be allowed out of his residence for substance abuse treatment and church services on Sunday. After being released, our office was in contact with the defendant's third-party custodian, Sarah Bonham. She advised the defendant had been diagnosed with spinal cancer prior to his arrest and needed immediate medical treatment. Your Honor was contacted and deferred installation of his location monitoring equipment to allow him to seek medical treatment.

The defendant was ultimately transported by ambulance to New Hanover Regional Medical Center in Wilmington, NC. He has been admitted and remains at the hospital. Our office made contact with the defendant and his third-party custodian at the hospital. After speaking with his clinical care coordinator, their plan is for the defendant to remain at the hospital to develop a treatment plan. They are also seeking out short term rehabilitation facilities to assist the defendant with mobility issues, as he remains confined to a wheelchair.

At this time, we are respectfully asking Your Honor to consider modifying the defendant's conditions of pretrial release to include home detention without electronic monitoring. Due to the defendant's medical issues, he will require frequent MRI and x-ray exams. This will require removal of the location monitoring equipment. Our office will monitor the defendant's whereabouts through unscheduled home contacts, video calls and contact with the third-party custodian. The undersigned officer spoke with the government and defense counsel. Under the circumstances, both parties had no objection to the proposed modification.

**PRAYING THAT THE COURT WILL ORDER**

- The defendant must abide by all conditions and terms of the home detention program until further court order. The defendant must be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer.

Tracy Clark
Docket No. 7:24-CR-78-1M
Petition For Action
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Henry Ponton
Henry Ponton
Senior U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-4290
Phone: 910-679-2048
Executed On: February 28, 2025

## ORDER OF THE COURT

Considered and ordered the 28th day of February, 2025, and ordered filed and made part of the records in the above case.

Robert B. Jones, Jr.
U.S. Magistrate Judge